RECEIVED BY MAIL
JUN 2 4 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH WHITTAKER, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Case No. 1:13-cv-00108-SNLJ |
| ) | |
| AMERICA'S CAR-MART, INC. ) | |
| ) | |
| Defendant. ) | |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's Order Referring Case to ADR, dated May 1, 2014

__X__   **An ADR conference was held on** __June 18, 2014__.

__X__   All required individuals, parties, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

_____   The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

**THE ADR referral was concluded on June 18, 2014 and the parties**

_____ **did**

__X__ **did not achieve a settlement.**

_____ **Although this case was referred to ADR, a conference WAS NOT HELD.**

Comments:_____

__6/19/14__                                    _[signature]_
Date                                           Neutral

# THE LIMBAUGH FIRM
——— ATTORNEYS AT LAW ———
EST. 1916

NANCY L. BROWNE
JOHN W. GRIMM
LUCAS M. HALEY
JOHN D. HARDING
DIANE C. HOWARD
R. MICHAEL HOWARD
JEFFREY J. KOCH
DAVID S. LIMBAUGH
J. MICHAEL PAYNE
CURTIS O. POORE
PATRICIA L. RAY
JOHN C. STEFFENS
ISAAC G. VENABLE
EDWIN DEAN WHITE, III

RUSH H. LIMBAUGH
1891-1996

RUSH H. LIMBAUGH, JR.
1918-1990

JOSEPH J. RUSSELL
1923-2006

407 N. KINGSHIGHWAY
SUITE 400
P.O. BOX 1150
CAPE GIRARDEAU
MISSOURI
63702-1150

TELEPHONE
(573) 335-3316

FACSIMILE
(573) 335-0621

www.limbaughlaw.com

samantha@limbaughlaw.com

June 23, 2014

Ms. Cathy Gould
U.S. Courthouse
555 Independence St.
Cape Girardeau, MO 63703

**Re:** **Joseph Whittaker v. America's Car-Mart, Inc.**
**U.S. Eastern District Case No. 1:13-cv-00108-SNLJ**

Dear Cathy:

Enclosed please find an Alternative Dispute Resolution Compliance Report in the above-referenced matter. Thank you.

Very truly yours,

THE LIMBAUGH FIRM

By: *Samantha Deusinger*
Samantha Deusinger, legal assistant

/sd
Enclosure
Cc: Mr. Mark Welker
Mr. Kevin D. Case

**THE LIMBAUGH FIRM**
––––––ATTORNEYS AT LAW––––––

407 N. KINGSHIGHWAY, SUITE 400 – P.O. BOX 1150
CAPE GIRARDEAU, MO 63702-1150

RETURN SERVICE REQUESTED

RECEIVED BY MAIL
JUN 24 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

ST LOUIS
MO 630
23 JUN '14
PM 8 L




First-Class
Mailed From 63701
06/23/2014
032A 0061817231

MS CATHY GOULD
US COURTHOUSE
555 INDEPENDENCE ST
CAPE GIRARDEAU MO 63703

63703623555