**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| JOSEPH WHITTAKER, | |
| Plaintiff, | |
| v. | Case No. 1:13-cv-00108-SNLJ |
| AMERICA'S CAR-MART, INC., | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL

**COME NOW** the Plaintiff, Joseph Whittaker, and the Defendant, America's Car-Mart, Inc., by and through respective counsel and hereby announce to the Court that the Plaintiff voluntarily dismisses, with prejudice, his lawsuit, and any and all claims and counter-claims that could have been brought herein are also dismissed, with full prejudice to the rebringing of same, and that each party shall bear their own discretionary costs and attorney fees.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED** with full prejudice to the rebringing of same, and that each party shall bear their own discretionary costs and attorney fees.

Entered this _____ day of July, 2014.

_____
Stephen N. Limbaugh, Jr.
United States District Judge

| | |
|---|---|
| By:/s/ Michael L. Jackson<br>Michael L. Jackson, E.D. 32190MO<br>Law Offices of Jackson and Welker, LC<br>415B West Main Street<br>P.O. Box 287<br>Jackson, MO  63755<br>(573) 204-8770 Telephone<br>(573) 204-8771 Facsimile<br>Email:  mlj@jacksonwelker.com<br><br>*Attorneys for Plaintiff*<br>*Joseph Whittaker* | By:/s/ Ryan S. VanFleet<br>Kevin D. Case, E.D. 41491MO<br>Ryan S. VanFleet, E.D. 64210MO<br>Case Linden P.C.<br>2600 Grand Boulevard, Suite 300<br>Kansas City, MO  64108<br>(816) 979-1500 Telephone<br>(816) 979-1501 Facsimile<br>Email:  kevin.case@caselinden.com<br>Email:  ryan.vanfleet@caselinden.com<br><br>*Attorneys for Defendant*<br>*America's Car-Mart, Inc.* |