IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

JOSEPH WHITTAKER,

    Plaintiff,

v.

Case No. 1:13-cv-00108-SNLJ

AMERICA'S CAR-MART, INC.,

    Defendant.

## AGREED ORDER OF DISMISSAL

**COME NOW** the Plaintiff, Joseph Whittaker, and the Defendant, America's Car-Mart, Inc., by and through respective counsel and hereby announce to the Court that the Plaintiff voluntarily dismisses, with prejudice, his lawsuit, and any and all claims and counter-claims that could have been brought herein are also dismissed, with full prejudice to the rebringing of same, and that each party shall bear their own discretionary costs and attorney fees.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED** with full prejudice to the rebringing of same, and that each party shall bear their own discretionary costs and attorney fees.

Entered this 7th day of July, 2014.

_____
Stephen N. Limbaugh, Jr.
United States District Judge

By:/s/ Michael L. Jackson  
    Michael L. Jackson, E.D. 32190MO  
    Law Offices of Jackson and Welker, LC  
    415B West Main Street  
    P.O. Box 287  
    Jackson, MO 63755  
    (573) 204-8770 Telephone  
    (573) 204-8771 Facsimile  
    Email: mlj@jacksonwelker.com  

*Attorneys for Plaintiff*  
*Joseph Whittaker*

By:/s/ Ryan S. VanFleet  
    Kevin D. Case, E.D. 41491MO  
    Ryan S. VanFleet, E.D. 64210MO  
    Case Linden P.C.  
    2600 Grand Boulevard, Suite 300  
    Kansas City, MO 64108  
    (816) 979-1500 Telephone  
    (816) 979-1501 Facsimile  
    Email: kevin.case@caselinden.com  
    Email: ryan.vanfleet@caselinden.com  

*Attorneys for Defendant*  
*America's Car-Mart, Inc.*